UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                   CASE NO. 12 B 17162
                                                         CHAPTER 13
CAROL ANN LOCKETT

                                                         JUDGE JACQUELINE P COX

         DEBTOR                                          **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** NATIONSTAR MORTGAGE

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 20 | 6855 | $1,298.38 | $1,298.38 | $1,298.38 |
| Total Amount Paid by Trustee | | | | | $1,298.38 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-17162-JPC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 7th day of July, 2014.

Debtor:
CAROL ANN LOCKETT
1929 S 11TH AVE
MAYWOOD, IL  60153

Attorney:
ADESINA LAW OFFICE PC
36 W RANDOLPH ST #403
CHICAGO, IL  60601
via Clerk's ECF noticing procedures

Mortgage Creditor:
BANK OF AMERICA NATIONAL ASSOC
% JOHNSON BLUMBERG & ASSOC LLC
230 W MONROE # 1125
CHICAGO, IL  60606

Mortgage Creditor:
CAROL ANN LOCKET
% ADESINA LAW OFFICE
407 S DEARBORN ST #1675B
CHICAGO, IL  60605

Creditor:
NATIONSTAR MORTGAGE
350 HIGHLAND DR
LEWISVILLE, TX  75067

ELECTRONIC SERVICE - United States Trustee


Date:  July 07, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603